IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Priority Mail Express Parcel EE221212831US located at the United States Postal Inspection Service, 341 W. Tudor Rd., Ste. 208, Anchorage, AK 99503 | Case No. 03:19-MJ-00036-MMS |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE**

I, Postal Inspector Andrew E Grow, Jr., being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. In this warrant application, I seek authority to search Priority Mail Express Parcel EE221212831US addressed to "Sheila Falu, 705 Muldoon Rd SPC 118, Anchorage, AK 99504, 907-637-6060" from "Gladys Falu, Calle Estbalos unidos, F214 Rollys Hills, Carolina, P.R. 00987, 787-564-3860" weighing approximately ten (10) pounds one (1) ounce (hereinafter "Subject Parcel") for controlled substances in violation of Title 21 U.S.C. Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716.

2. I am a U.S. Postal Inspector employed by the Seattle Division of the U.S. Postal Inspection Service, specifically in the Anchorage Domicile. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service and/or

United States Mail. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) Possession with Intent to Distribute a Controlled Substance, and Title 21, United States Code, Section 843(b), Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony.

3. I have been a Postal Inspector since July 2016. I attended and graduated from a three-month Basic Inspector Training (BIT) academy operated by the United States Postal Inspection Service (USPIS) in October 2016. While attending BIT academy, I received training and instruction on the methods for concealing narcotics in the mail system.

4. Prior to my employment with the USPIS, I was employed for six years by the Federal Air Marshal Service (FAMS) as a Federal Air Marshal (FAM). While employed for the FAMS I was assigned to the Visible Intermodal Prevention and Response Team (VIPR) and was the radio support technician for the Washington Field Office. Prior to being employed by the FAMS, I was employed for four years as a police officer for three different police departments: Seaside Heights Police Department; Ocean City Police Department; and Somers Point Police Department in New Jersey. I was assigned to the bicycle unit as the team leader for my shift at the Seaside Heights Police Department. While employed for the Ocean

2  Affidavit in Support of Search Warrant
03:19-MJ-00036-MMS
Case 3:19-mj-00036-MMS   Document 1-1   Filed 01/16/19   Page 2 of 9

City Police Department I was assigned to the community policing unit where we focused on alcohol and narcotics being sold and/or used by underage kids. I graduated in May, 2007 from the Ocean County Police Academy (OCPA) in Class 88 as a Basic Police Officer. While attending OCPA I was trained to recognize the odor of burnt and unburnt marijuana.

5. I have a bachelor's degree in Criminal Justice that I received in Decmeber 2008 from The Richard Stockton College of New Jersey in Galloway, NJ.

6. The following information is based on my own knowledge, information obtained from other law enforcement agents and officers, and from specific sources as set forth herein. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND INFORMATION ABOUT SUBJECT PARCELS

7. Based on my experience, training and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mails to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances include, but are not limited to the following:

    a. It is a common practice for the shippers of the controlled substances to use Priority Mail Express because the drugs arrive within two to

3     Affidavit in Support of Search Warrant
03:19-MJ-00036-MMS
Case 3:19-mj-00036-MMS   Document 1-1   Filed 01/16/19   Page 3 of 9

three days, but this may vary in Alaska due to geographical location and weather. This service is also commonly used so the parcel can be tracked.

b. Shippers of controlled substances will utilize cash as payment instead of credit or debit cards. These payment practices are used by narcotics traffickers to hide their true identity and make it difficult for Law Enforcement to identify them.

c. These parcels in many instances contain a fictitious return address, incomplete return address, no return address, the return address is same as the addressee address, or the return address does not match the place where the parcel was mailed from. These packages are also sometimes addressed to or from a commercial mail receiving agency (i.e., UPS Store). These address practices are used by narcotics traffickers to hide the true identity of the person(s) shipping and/or receiving the controlled substances from law enforcement officials.

d. In order to conceal the distinctive smell of controlled substances from narcotic detector dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco

4   Affidavit in Support of Search Warrant
03:19-MJ-00036-MMS
Case 3:19-mj-00036-MMS   Document 1-1   Filed 01/16/19   Page 4 of 9

or other smelling substances are used to mask the odor of the controlled substances being shipped.

e. When the shipper mails controlled substances from a particular area/state, the proceeds from the sale of the controlled substances may be returned to the shipper. Based on experience and discussions, there are known source states where narcotics are mailed from, including California, Oregon, Washington, Arizona, Texas, Puerto Rico and Nevada.

f. If cash is obtain through illegitimate means then the cash becomes nonmailable matter. This nonmailable matter is typically sent to known source states.

g. I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, MDMA, and proceeds from the sale of narcotics.

## FEDERAL STATUTES

8. Based on my investigation in this case, I submit that there is probable cause to search Priority Mail Express Parcel EE221212831US of evidence, fruits, and instrumentalities of violations of the following federal statutes:

   a. Title 21, United States Code, Section 841 generally prohibits the "knowing or intentional manufacture, distribution, dispensing, or

5   Affidavit in Support of Search Warrant
03:19-MJ-00036-MMS
Case 3:19-mj-00036-MMS   Document 1-1   Filed 01/16/19   Page 5 of 9

possession with intent to manufacture, distribute, or dispense, a controlled substance[.]"

b. Title 21, United States Code, Section 843(b) criminalizes the knowing or intentional use of any communication facility in committing or in causing to facilitate the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II of this chapter.

c. Title 18, United States Code, Section 1716 prohibits the mailing of nonmailable matter, including, but not limited to, poison, and "all other natural or artificial articles, compositions, or materials which may kill or injure another, or injure the mails or other property, whether or not sealed as first class matter[.]"

## STATEMENT OF PROBABLE CAUSE

9. On January 15, 2019, while researching Postal databases I identified Priority Mail Express Parcel EE221212831US as suspicious for the following reasons:

    a. The Subject Parcel was mailed from Carolina, PR to Anchorage, AK, via Priority Mail Express.

    b. The Subject Parcel cost $95.70 in postage which was paid for with cash in Carolina, PR.

10. On January 16, 2019, I retrieved the Subject Parcel from the Anchorage P&DC. The Subject Parcel was sent from "Gladys Falu, Calle Estbalos

6  Affidavit in Support of Search Warrant
03:19-MJ-00036-MMS
Case 3:19-mj-00036-MMS   Document 1-1   Filed 01/16/19   Page 6 of 9

unidos, F214 Rollys Hills, Carolina, P.R. 00987, 787-564-3860" and was addressed to "Sheila Falu, 705 Muldoon Rd SPC 118, Anchorage, AK 99504, 907-637-6060." The Subject Parcel is a USPS Large Mailing Box measuring approximately 12.25" X 12.25" X 8.5" and weighing approximately ten (10) pounds one (1) ounce. The Subject Parcel cost $95.70 and was mailed from 00979 Carolina, PR. A photograph of the Subject Parcel is included in **Exhibit 1**.

11. The Subject Parcel contains indicators that in my training and experience are consistent with packages known to contain contraband.

    a. The Subject Parcel was sent from Puerto Rico, a known source state for controlled substances. Puerto Rico is a known narcotics source state from which narcotics are shipped out and proceeds of narcotics sales are sent to.

    b. A search of "CLEAR" returned a record of a "Gladys Falu" associated to the shippers address, "Calle Estbalos unidos, F214 Rollys Hills, Carolina, P.R. 00987," but the shipper spelled the return address incorrectly. The correct return address spelling is, Calle Estados unidos, F214 Rollys Hills, Carolina, P.R. 00987. The data provided by "CLEAR" is a combination of over 33 billion records from over 8,800 different data sources which are updated daily, weekly, monthly, and annually, depending on the particular data source.

7    Affidavit in Support of Search Warrant
03:19-MJ-00036-MMS
Case 3:19-mj-00036-MMS   Document 1-1   Filed 01/16/19   Page 7 of 9

c. A search of "CLEAR" returned no record of a "Sheila Falu" associated to the recipient address, "705 Muldoon Rd SPC 118, Anchorage, AK 99504, 907-637-6060." "CLEAR" did report that "Sheila Falu" resided at a different space at the same address, "705 Muldoon Rd SPC 148, Anchorage, AK 99504."

d. The "Signature required" box is not checked on the Subject Parcel. Based on my training and experience, I know that narcotics traffickers will use this technique in an attempt to conceal their identities. This allows a parcel to be left at the door of a residence without someone accepting it.

12. On January 16, 2019, I made arrangements for K-9 Correctional Officer Joshua Wood and his canine "Koda" to examine the Subject Parcel in my possession at the USPIS, Anchorage, AK Domicile.

13. On January 16, 2019, K-9 Officer Wood had his canine "Koda" search the breakroom at the USPIS Anchorage, AK Domicile for the Subject Parcel. At approximately 12:37 PM K-9 Officer Woods advised me that "Koda" located the Subject Parcel and exhibited a change in behavior consistent with the presence of an odor of a controlled substance the canine is trained to recognize. Attached hereto as **Exhibit 2** and incorporated herein by reference is a true and correct copy of a written statement provided by K-9 Officer Wood, which sets forth "Koda's" training and experience as a narcotics detector dog.

8    Affidavit in Support of Search Warrant
03:19-MJ-00036-MMS
Case 3:19-mj-00036-MMS   Document 1-1   Filed 01/16/19   Page 8 of 9

# CONCLUSION

14. Based on my training and experience as a Postal Inspector and the aforementioned factors, I believe there is probable cause to believe that the Subject Parcel, Priority Mail Express Parcel EE221212831US, contains controlled substances and/or other evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716.

_____
Andrew E Grow, Jr.
Postal Inspector, USPIS
Anchorage Domicile

Subscribed and sworn to before me
this 16 day of January, 2019

/S/ MATTHEW M. SCOBLE
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED
United States Magistrate Judge
District of Alaska
Anchorage, Alaska



9   Affidavit in Support of Search Warrant
03:19-MJ-00036-MMS
Case 3:19-mj-00036-MMS   Document 1-1   Filed 01/16/19   Page 9 of 9